AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:23-mj-922-EJY |
| | ) | |
| WILLIAM JACK POWELL | ) | Charging District:   Vermont |
| *Defendant* | ) | Charging District's Case No.   2:23-mj-144-kjd |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Vermont District Court – Federal Building<br>11 Elmwood Avenue, Suite 200<br>Burlington, VT 05401 | Courtroom No.:  TDB |
|---|---|---|
| | | Date and Time:  November 3, 2023 at 1:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   October 25, 2023

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



FILED / ENTERED   RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 25 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____   DEPUTY